UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAMBAYE DIOUF, <br><br> Petitioner, <br><br> v. <br><br> JEFFERSON SESSIONS, United States Attorney General, et al., <br><br> Respondents. | Civil Action No. 18-10663-FDS |

### ORDER

**SAYLOR, J.**

In order to give the Court time to consider the matter, unless otherwise ordered by the Court, petitioner shall not be moved outside the District of Massachusetts without providing the Court 48 hours' advance notice of the move and the reason therefor. Any such 48-hour notice period shall commence at the date and time such notice is filed and expire 48 hours later, except "[i]f the period would end on a Saturday, Sunday, or legal holiday, the period continues to run until the same time on the next day that is not a Saturday, Sunday, or legal holiday." Fed. R. Civ. P. 6(a)(2)(C). If petitioner is no longer in the District of Massachusetts as of the time of the issuance of this order, the government shall promptly notify the Court so that the Court may, among other things, consider transferring the matter to the appropriate district.

**So Ordered.**

Dated: April 6, 2018

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge